IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL TOMASZEWSKI, individually and as attorney-in-fact for Steven Tomaszewski, William Tomaszewski, Jessica Tomaszewski, and Sean McKain; STEVEN TOMASZEWSKI, WILLIAM TOMASZEWSKI, JESSICA TOMASZEWSKI, and SEAN MCKAIN, | **8:26CV153** |
| Plaintiffs, | |
| vs. | **ORDER** |
| MUTUAL OF OMAHA INSURANCE COMPANY, | |
| Defendant. | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . magistrate judge of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the docket in the above-designated case, the undersigned magistrate judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

1

Dated this 30th day of April, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge